FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE A. GRIFFORD,<br><br>Defendant. | No.   2:14-CR-0144-SMJ<br><br>**ORDER DECLARING THE PRELIMINARY ORDER OF FORFEITURE FINAL** |

On April 15, 2015, the Court entered the Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following listed assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

- Generic Tower Computer: No visible serial number;

- Loose Hard Drive Serial Number: S5TJ1EEJ; and

- Loose Hard Drive Serial Number: WMAT13363430

ECF No. 42 at 2.

The property is in the custody of the United States, and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as

ORDER - 1

incorporated by 18 U.S.C. § 2253, and Fed.R.Crim.P. 32.2(b)(6)(C), the United States was not required to publish notice of the preliminary order.

The time for filing petitions for said assets, as provided in Fed.R.Crim.P. 32.2(c) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, and no petitions or claims for said assets were filed.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The USAO's Motion for Order Declaring the Preliminary Order of Forfeiture Final, **ECF No. 47**, is **GRANTED**.

2.    The Court's April 15, 2015 Preliminary Order of Forfeiture, ECF No. 42, is final as to the Defendant and as to any and all other persons or entities.

3.    The listed assets are **FORFEITED** to the United States and shall be disposed of in accordance with law.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of September 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge