PROB 12C
(6/16)

Report Date: March 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 05, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shane A. Grifford | Case Number: 0980 2:14CR00144-SMJ-1 |

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr., U.S. District Judge

Date of Original Sentence: April 28, 2015

Original Offense:     Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 Months;<br>TSR - 180 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: February 15, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2034 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Defendant shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. Defendant shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: Mr. Grifford is alleged to have violated special condition number 20, by having viewed on his cell phone on or about February 28, 2019, an animated image of what appears to be a young female engaged in sexual intercourse.<br><br>On February 15, 2019, Mr. Grifford signed his conditions relative to case number 2:14CR00144-SMJ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Grifford was made aware by his U.S. probation officer that he was required to refrain from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions or any other media that depicted sexually explicit conduct involving children or adults. |

Prob12C
**Re: Grifford, Shane A.**
**March 5, 2019**
Page 2

On February 19, 2019, the client installed monitoring software on his cellular device at the direction of the supervising officer, to allow for proper monitoring of his special conditions as imposed by the Court and to ensure adequate structure for and supervision of the client. On February 26, 2019, the undersigned officer received the client's weekly Internet report in which several concerns were observed. Specifically, the noted report listed multiple visits to sites verified by the undersigned officer to host content in violation of the client's ordered conditions of supervised release, to include websites verified as hosting pornography, anime, and hentai pictures and films.

It should be noted, the report provided could not ascertain if the client himself actually viewed the content in question, or rather if the content was simply queried by applications running in the background of the device.

On February 28, 2019, the client reported to the U.S. Probation Office in Spokane, as directed, and submitted his cellular device for inspection. Upon reviewing the client's viewed Internet history, a website titled as MangaDex was observed to have been viewed by the client numerous times. Upon review, a graphic animated image of a young female engaged in sexual intercourse was observed by the undersigned officer. The client admitted to viewing 3 to 4 pages of similar content approximately 3 to 4 days ago, and stated he observed the content for approximately 3 to 4 minutes before ceasing the behavior.

Based on the content located, the client's cell phone was seized by the undersigned officer and on March 1, 2019, was turned over to the Federal Bureau of Investigation for further discovery. As of the date of this report, the full contents of the device remain unknown to the undersigned officer, with the client denying he has viewed any other illicit content since beginning his current term of supervised release.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 5, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Grifford, Shane A.**
**March 5, 2019**
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

03/05/2019
Date