Report Date: March 22, 2019

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 22, 2019

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane A. Grifford          Case Number: 0980 2:14CR00144-SMJ-1

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District Judge

Date of Original Sentence: April 28, 2015

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 Months; TSR - 180 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: February 15, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 14, 2034 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/05/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 20**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Defendant shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. Defendant shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |

**Supporting Evidence**: Mr. Grifford is alleged to have violated special condition number 20 on or about February 28, 2019, by having possession of over 140 images of child pornography on his cell phone as reported to the undersigned officer by the Federal Bureau of Investigation (FBI).

On February 15, 2019, Mr. Grifford signed his conditions relative to case number 2:14CR00144-SMJ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Grifford was made aware by his U.S. probation officer that he was required to refrain from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions or any other media that depicted sexually explicit conduct involving children or adults.

Specifically, and as the Court may recall, on February 28, 2019, the client's cell phone was seized by the U.S. Probation Office and submitted to the FBI for further analysis after an animated image of what appeared to be a child engaged in sexual intercourse was located on the client's cell phone during a cause inspection of the device. As a part of the contact, Mr. Grifford admitted to viewing the image in question, as well as several other similar animated images, but denied viewing any other content that could be construed as a violation of his imposed special condition. The device was subsequently provided to the FBI on March 1, 2019, for further analysis. This conduct was previously reported to the Court on the petition dated March 5, 2019

On March 22, 2019, the undersigned officer received correspondence from FBI Special Agent Barker, who advised after analysis that over 140 images of child pornography were located on the device, including images of prepubescent females engaged in sexual bondage and bestiality. An official report on the conduct as alleged herein is currently being detailed by the investigating agent.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

03/22/2019
Date