PROB 12C
(6/16)

Report Date: April 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane A. Grifford                Case Number: 0980 2:14CR00144-SMJ-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District Judge

Date of Original Sentence: April 28, 2015

Original Offense:        Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence:    Prison - 60 Months;           Type of Supervision: Supervised Release
                      TSR - 180 Months

Asst. U.S. Attorney:    James A. Goeke              Date Supervision Commenced: February 15, 2019

Defense Attorney:       Federal Defenders Office    Date Supervision Expires: February 14, 2034

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/05/2019, and 03/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Grifford is alleged to have violated mandatory condition number 2 on or about April 2, 2019, following the client's indictment for Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).<br><br>On February 15, 2019, Mr. Grifford signed his conditions relative to case number 2:14CR00144-SMJ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Grifford was made aware by his U.S. probation officer that he was required to refrain from committing any Federal, state, or local crime.<br><br>As the Court may recall, two petitions dated March 5, and March 22, 2019, were previously submitted to the Court in an effort to keep the Court fully apprised as to the client's alleged possession of both animated and non-animated child pornography, most recently occurring on or about February 28, 2019. As a result of the conduct as articulated in these preceding petitions, the client has now been indicted under cause number 2:19CR00071-SMJ-1, which the client presented for his initial appearance on April 5, 2019. |

Prob12C
Re: Grifford, Shane A
April 15, 2019
Page 2

The indictment, in part, alleges and states the defendant, Shane A. Grifford, having a prior conviction under the laws of the United States relating to the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. 2256(8)(A).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

04/15/2019
Date